UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TIMOTHY E. JEFFRIES**   ) | |
|          Plaintiff                             ) | |
|                                                      ) | |
|          v.                                     ) | Civil Action No. 15-1007 (BAH) |
|                                                      ) | |
| **LORETTA E. LYNCH,**      ) | |
| **ATTORNEY GENERAL,**   ) | |
| **U.S. DEPARTMENT OF JUSTICE**   ) | |
|          Defendant                          ) | |

## ORDER

Upon consideration of Plaintiff's Motion for Relief Under Rule 56(d) and Defendant's Opposition thereto, it is by the Court, this ____ day of _____, 2016,

**ORDERED,** that Plaintiff's Motion for Relief Under Rule 56(d) is hereby **GRANTED**, and Plaintiff shall be entitled to take discovery pursuant to the Scheduling Order to be issued by the Court.

_____
UNITED STATES DISTRICT JUDGE